**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| Trading Technologies International, Inc., ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> Open E Cry, LLC, and ) <br> optionsXpress Holdings, Inc., ) <br> ) <br> Defendants. ) | Civil Action No. 10-CV-885 <br><br> Judge Milton I. Shadur <br><br> Magistrate Judge Arlander Keys |

**NOTIFICATION OF AFFILIATES UNDER LOCAL RULE 3.2**

Pursuant to Local Rule 3.2, Plaintiff Trading Technologies International, Inc. states that it has no parent corporations and that no entity owns more than 5% of its stock.

Respectfully submitted,

Date: __February 9, 2010___    By:    __s/ S. Richard Carden_____
Leif R. Sigmond, Jr. (ID No. 6204980)
(sigmond@mbhb.com)
Matthew J. Sampson (ID No. 6207606)
(sampson@mbhb.com)
Michael D. Gannon (ID No. 6206940)
(gannon@mbhb.com)
S. Richard Carden (ID No. 6269504)
(carden@mbhb.com)
Jennifer M. Kurcz (ID No. 6279893)
(kurcz@mbhb.com)
Kirsten L. Thomson (ID No. 6293943)
(thomson@mbhb.com)
**McDonnell Boehnen Hulbert & Berghoff LLP**
300 South Wacker Drive
Chicago, Illinois 60606
Tel.: (312) 913-0001
Fax: (312) 913-0002

Steven F. Borsand (ID No. 6206597)
(Steve.Borsand@tradingtechnologies.com)
**Trading Technologies International, Inc**.
222 South Riverside
Suite 1100
Chicago, IL 60606
Tel: (312) 476-1000
Fax: (312) 476-1182

**Attorneys for Plaintiff,
TRADING TECHNOLOGIES
INTERNATIONAL, INC.**